UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAVON PIERCE,

        Plaintiff,

   v.

SACRAMENTO NEWS AND REVIEW, et al.,

        Defendants.

No.  2:15-cv-2691-JAM-EFB P

ORDER

Plaintiff Seavon Pierce is a state prisoner proceeding without counsel in a civil action. On August 25, 2016, the court dismissed this action without prejudice after determining that plaintiff was ineligible to proceed in forma pauperis and had not paid the required filing fee. ECF No. 12. Judgment was duly entered. ECF No. 13. Plaintiff now seeks relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. ECF No. 14.

Rule 60(b) provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

1

Fed. R. Civ. P. 60(b).

Plaintiff has not shown that the judgment entered against him was the result of excusable neglect or fraud, nor has he shown any other reason that would warrant relief from the judgment entered herein.

Accordingly, IT IS HEREBY ORDERED that plaintiff's Rule 60(b) motion (ECF No.14) is denied.

DATED: October 27, 2016

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE